**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **HORATIO AXEL LANIER,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 1:23-cv-02922-AHA** |
| **PAUL C. SMEDBERG, et al.,** | |
| **Defendants.** | |

## JOINT STATUS REPORT

Pursuant to the Court's December 9, 2025 Minute Order, *pro se* Plaintiff Horatio Axel Lanier and Defendants Randy Clark, Patricia Lee, and the successors in office of Tawnya McGee, Franklin Jones, and Jon Kuo, in their capacities as officials of Washington Metropolitan Area Transit Authority ("Defendants")[1] (together, the "Parties"), respectfully submit their joint status report on the status of mediation and state that the Parties have reached an agreement in principle to resolve this matter. To allow for continued negotiations over the terms of the agreement, the Parties request that the Court extend the mediation period for an additional week and to provide a further joint status report by December 22, 2025.

---

[1] On July 29, 2025, the Court issued a memorandum opinion and order granting in part and denying in part the then named Defendants' Motion to Dismiss Plaintiff's Complaint. (ECF No. 28). As part of its Opinion and Order, the Court dismissed Plaintiff's claims against Washington Metropolitan Area Transit Authority ("WMATA") and the individual members of WMATA's Board of Directors. (*See id*.). The Court further ordered that Plaintiff could proceed only on his claim for injunctive relief (in the form of reinstatement) under the Americans with Disabilities Act against WMATA officials Randy Clarke, Patricia Lee, and the successors in office of Tawnya McGee, Franklin Jones, and John Kuo, in their capacities as officials of WMATA. (*See id*. at 16).

2

Dated: December 15, 2025

Respectfully submitted,

/s/ *Ethan D. Balsam*

Ethan D. Balsam (Fed. Bar No. 975239)
Richard J. Kim (Fed. Bar No. 90024569)
815 Connecticut Avenue, NW, Suite 400
Washington, DC  20006
ebalsam@littler.com
rjkim@littler.com
202.842.3400 (Telephone)
202.842.0011 (Facsimile)

*Counsel for Defendants*

/s/ *Horatio A. Lanier*

Horatio A. Lanier
1416 Primrose Road, NW
Washington, DC 20012-1224
hraylanier@gmail.com
202.256.3943

*Plaintiff pro se*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 15, 2025, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the Plaintiff, who has consented to receive notice of electronic filing (ECF No. 3).

*/s/ Ethan D. Balsam*
Ethan D. Balsam