UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HORATIO AXEL LANIER,

Plaintiff,

v.

PAUL C. SMEDBERG, et al.,

Defendants.

Case No. 1:23-cv-02922-AHA

## JOINT STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL

Plaintiff Horatio Axel Lanier and Defendants Randy Clarke, Patricia Lee, and the successors in office of Tawnya McGee, Franklin Jones, and John Kuo, in their capacities as officials of the Washington Metropolitan Area Transit Authority hereby stipulate under D.C. Superior Court Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing their own attorneys' fees and costs.

Dated:    12/22/2025

/s/ Horatio A. Lanier
Horatio Axel Lanier
Plaintiff Pro Se
1416 Primrose Road, NW
Washington, DC 20012-1224
hraylanier@gmail.com
202.256.3943

Dated: 12/22/25

Richard J. Kim (Fed. Bar No. 90024569)
rjkim@littler.com

-2-

Ethan D. Balsam (Fed. Bar No. 975239)
ebalsam@littler.com

LITTLER MENDELSON, P.C.
815 Connecticut Avenue NW
Suite 400
Washington, DC 20006.4046
Telephone:    202.842.3400
Facsimile:    202.842.0011

*Attorneys for Defendant*

-3-

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii),

IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH

PREJUDICE as to all claims, causes of action, and parties, with each party bearing their own

attorneys' fees and costs. The Clerk is directed to close the file.

Dated: _____          _____
                                  The Honorable Amir H. Ali
                                  U.S. District Court Judge